IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF OHIO
WESTERN DIVISION

Eric Peacock,  Case No. 3:17CV00534

    Plaintiff

    v.  **ORDER**

C.R.H. Ohio, Ltd., d/b/a Culligan of Tiffin,

    Defendant

Settlement conference held January 9, 2018, without resolution.

It is hereby

ORDERED THAT:

1. Motions for summary judgment are due August 1, 2018; responses in opposition are due September 4, 2018; replies are due September 18, 2018; and

2. Further scheduling held in abeyance pending adjudication of summary judgment motion(s), however, further settlement conferences may be scheduled at the request of either party.

So ordered.[1]

    /s/ James G. Carr
    Sr. U.S. District Judge

---

[1] For further information re. this Court's case management preferences, see: http://www.ohnd.uscourts.gov/home/judges/judge-james-g-carr/civil-cases-case-management-procedures/